Submitted June 3, 1981. Charles B. Coleman, Assistant Public Defender for appellant; George C. Yatron, District Attorney, for Commonwealth, appellee.

Before McEWEN, MONTEMURO and SHERTZ, JJ.

Judgment of sentence is affirmed on the opinion of the Honorable W. Richard Eshelman, Court of Common Pleas of Berks County.

SHERTZ, J., did not participate in the consideration or decision of this case.

---

441 A.2d 796

Commonwealth v. Himes, Appellant.

Argued November 10, 1980. Hiram A. Carpenter, III, for appellant; D. Brooks Smith, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, BROSKY and VAN der VOORT, JJ.

Judgment of sentence affirmed.

---

441 A.2d 796

Commonwealth v. Himes, Appellant.

Argued November 10, 1980. Hiram A. Carpenter, III, for appellant; D. Brooks Smith, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, BROSKY and VAN der VOORT, JJ.

Judgment of sentence affirmed.

441 A.2d 796

Commonwealth v. Johnakin, Appellant.

Petition for Allowance of Appeal Denied September 10, 1982.

Submitted May 4, 1981. Daniel-Paul Alva, for appellant; Gaele McLaughlin Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., SPAETH and CAVANAUGH, JJ.

The judgment of sentence is hereby affirmed.

441 A.2d 797

Commonwealth v. Kordelski, Appellant.

Petition for Allowance of Appeal Denied July 7, 1982.